UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| TERRY DEETZ, | ) | Case No.: 1:05 CV 1597 |
| | ) | |
| Plaintiff | ) | JUDGE SOLOMON OLIVER, JR. |
| | ) | |
| v. | ) | |
| | ) | <u>ORDER</u> |
| OHIO MOTORISTS ASSOCIATION, | ) | |
| *et al.*, | ) | |
| Defendants | ) | |

This court has been advised by the parties at the September 5, 2007, final pretrial, that they have reached a settlement and will be submitting a dismissal entry to the court within 14 days.  Therefore it is not necessary that the action remain upon the calendar of the court.

IT IS ORDERED that this action is hereby closed.  The court retains jurisdiction to vacate this Order to reopen the action upon cause shown that settlement has not been completed and further litigation is necessary.

IT IS SO ORDERED.

/s/<i>SOLOMON OLIVER, JR.</i><br>UNITED STATES DISTRICT JUDGE

September 28, 2007